IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | | |
| v. ) | | |
| ) | 2:01-cr-417-GEB | |
| RON SEAN ARTER, JR., ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | 2:07-cr-020-LKK | |
| Plaintiff, ) | | |
| v. ) | | |
| ) | RELATED CASE ORDER | |
| RON SEAN ARTER, JR., ) | | |
| ) | | |
| Defendant. ) | | |

Examination of the above-entitled criminal actions reveals that the actions are related within the meaning of Local Rule 83-123. The actions involve the same parties and arise from a common course of events. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under

1

1  the regular practice of this court, related cases are generally
2  assigned to the judge to whom the first filed action was assigned.
3          IT IS THEREFORE ORDERED that the action denominated
4  2:07-cr-020-LKK is reassigned to Judge Garland E. Burrell, Jr., for
5  all further proceedings.  Henceforth, the caption on documents filed
6  in the reassigned case shall show the initials "GEB" instead of the
7  other judge's initials.
8          IT IS FURTHER ORDERED that the Clerk of the Court make
9  appropriate adjustment in the assignment of criminal cases to
10 compensate for this reassignment.

Dated:  February 15, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge