```
DANIEL J. BRODERICK, #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RON SEAN ARTER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 07-00020-GEB |
| ) | Cr. S. 01-00417-GEB |
| Plaintiff, ) | |
| ) | STIPULATION REGARDING MOTIONS |
| v. ) | BRIEFING SCHEDULES AND NON- |
| ) | EVIDENTIARY HEARINGS; [proposed] |
| RON SEAN ARTER, ) | ORDER |
| ) | |
| Defendant. ) | Hearing Date: May 2, 2008 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through MATTHEW SEGAL, Assistant U.S. Attorney, and defendant, RON ARTER, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender that the existing briefing schedules for motions be revised as follows. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

For substantive motions in front of District Judge Burrell, the

parties agree that the non-evidentiary hearing previously set for March 21, 2008 in both above-numbered cases be continued to May 2, 2008, and that time continue to be excluded for preparation of defense counsel in Cr. S. 07-0020-GEB until the filing of motions.

This continuance is being requested because defense counsel needs additional time to prepare motions and investigate the case.  The parties propose the following briefing schedule for substantive motions:

    Defense motions due March 19, 2008

    Government opposition due April 11, 2008

    Defense reply due April 25, 2008

    Non-Evidentiary Hearing on May 2, 2008

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act in case number Cr. S. 07-0020-GEB may be excluded from the date of this order through the date motions are filed pursuant to 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4), and thereafter for the pendency of motions pursuant to 18 U.S.C. § 3161(h)(1)(F)(Local Code E).

//

//

1   Regarding the pending motions schedule for discovery, the parties
2 agree to the following:  defense motion will be filed February 15,
3 2008, government opposition is due March 7, 2008, defense reply is due
4 March 10, 2008, discovery motion hearing before the Magistrate Judge
5 will be March 12, 2008 at 2:00 p.m.

```
                                   Respectfully submitted,
                                   DANIEL J. BRODERICK
                                   Federal Defender

DATED:   February 14, 2008         /s/ RACHELLE BARBOUR
                                   RACHELLE BARBOUR
                                   Assistant Federal Defender
                                   Attorney for Defendant


                                   McGREGOR SCOTT
                                   United States Attorney

DATED:   February 14, 2008         /s/ RACHELLE BARBOUR for
                                   MATTHEW SEGAL
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff
```

//

### **O R D E R**

**IT IS SO ORDERED.** The above motions schedules and hearing dates are adopted by the Court.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 until the filing of defense motions, and thereafter for the pendency of motions pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

DATED: February 15, 2008

```
                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge
```