1   DANIEL J. BRODERICK, #89424
    Acting Federal Defender
2   RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6

7   Attorney for Defendant
    RON SEAN ARTER
8

9

10               IN THE UNITED STATES DISTRICT COURT

11               FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,      )  No. Cr. S. 07-00020-GEB
                                   )      Cr. S. 01-00417-GEB
15                  Plaintiff,     )
                                   )  STIPULATION REGARDING DISCOVERY
16        v.                       )  MOTION BRIEFING SCHEDULE AND
                                   )  NON-EVIDENTIARY HEARING; AND
17  RON SEAN ARTER,                )  ORDER
                                   )
18                  Defendant.     )  Hearing Date: April 22, 2008
                                   )  Time:  2:00 p.m.
19  _____ )  Judge: Dale A. Drozd

20        It is hereby stipulated and agreed to between the United States of

21  America through MATTHEW SEGAL, Assistant U.S. Attorney, and defendant,

22  RON ARTER, by and though his counsel, RACHELLE BARBOUR, Assistant

23  Federal Defender that the existing briefing schedule for Mr. Arter's

24  discovery motion be revised as follows, and that the existing hearing

25  date be continued from March 12, 2008 to April 22, 2008 at 2:00 p.m.

26  The parties stipulate and agree that the interests of justice served by

27  /////

28

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

The parties request this continuance so that they can try to resolve the pending discovery dispute.  The government is making the hard drive available to defense counsel at a government office in San Francisco.  Defense counsel will review it with the defense expert in compliance with the government's terms prior to the date for the hearing.  Should the discovery motion still be necessary, defense counsel will supplement her briefing after reviewing the hard drive subject to the policies imposed by the government.  The parties agree to the following briefing schedule: supplemental defense briefing is due April 9, 2008; government opposition is due April 16, 2008, defense reply is due April 18, 2008, discovery motion hearing before Judge Drozd will be April 22, 2008 at 2:00 p.m.

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

DATED:     March 7, 2008      /s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant


McGREGOR SCOTT
United States Attorney

DATED:     March 7, 2008      __   /s/ RACHELLE BARBOUR for
MATTHEW SEGAL
Assistant U.S. Attorney
Attorney for Plaintiff

//
//

Stipulation and Order - Arter      -2-

# O R D E R

**IT IS SO ORDERED.** The above motions schedule and hearing date is adopted by the Court.  Time is excluded for the pendency of motions pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

DATED: March 10, 2008.

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/arter0720.stipord

Stipulation and Order - Arter     -3-