DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Specialist
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RON SEAN ARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 07-00020-GEB |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING DISCOVERY |
| ) | MOTION; and ORDER |
| v. ) | |
| ) | Hearing Date: June 10, 2008 |
| RON SEAN ARTER, ) | Time: 10:00 a.m. |
| ) | Judge: Dale A. Drozd |
| Defendant. ) | |
| ) | |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through MATTHEW SEGAL, Assistant U.S. Attorney, and defendant, RON ARTER, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender that the existing hearing date of May 19, 2008 for Mr. Arter's discovery motion be vacated, and that a status conference be set for June 10, 2008.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the
/////

1 best interests of the public and the defendant in a speedy trial.  18
2 U.S.C. § 3161(h)(8)(A).

3   The parties request this continuance so that the government can
4 provide access to the hard drive at the ICE facility in Tucson, AZ.
5 Should the discovery motion still be necessary, defense counsel will
6 supplement her briefing prior to the status conference.

```
                                  Respectfully submitted,
                                  DANIEL J. BRODERICK
                                  Federal Defender
DATED:    May 16, 2008            /s/ RACHELLE BARBOUR
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant

                                  McGREGOR SCOTT
                                  United States Attorney
DATED:    May 16, 2008            /s/ RACHELLE BARBOUR for
                                  MATTHEW SEGAL
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff
```

## O R D E R

**IT IS SO ORDERED.** The above hearing date is adopted by the Court. Time is excluded for the pendency of motions pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

DATED: May 16, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/arter0020.stipord