DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Specialist
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RON SEAN ARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 07-00020-GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION REGARDING DISCOVERY |
| v. ) | MOTION; AND ORDER |
| ) | |
| RON SEAN ARTER, ) | Hearing Date: June 24, 2008 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Dale A. Drozd |
| ) | |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through MATTHEW SEGAL, Assistant U.S. Attorney, and defendant, RON ARTER, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender that the existing hearing date of June 10, 2008 for Mr. Arter's discovery motion be vacated, and that a status conference be set for June 24, 2008.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

   The parties request this continuance so that the government can provide access to the hard drive at the ICE facility in Tucson, AZ.

1 Should the discovery motion still be necessary, defense counsel will
2 supplement her briefing prior to the status conference.

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED:    June 9, 2008                  /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant

                                        McGREGOR SCOTT
                                        United States Attorney

DATED:    June 9, 2008                  /s/ RACHELLE BARBOUR for
                                        MATTHEW SEGAL
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

## **O R D E R**

**IT IS SO ORDERED.** The above hearing date is adopted by the Court. Time is excluded for the pendency of motions pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

DATED: June 9, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/arter0020.stipord(2)

Stipulation and Order - Arter      -2-