DANIEL J. BRODERICK, #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RON SEAN ARTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S. 07-00020-GEB |
| ) | Cr. S. 01-00417-GEB |
| Plaintiff, ) | |
| ) | STIPULATION REGARDING STATUS |
| v. ) | CONFERENCE AND EXCLUSION OF TIME; |
| ) | [proposed] ORDER |
| RON SEAN ARTER, ) | |
| ) | Date: June 27, 2008 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MATTHEW SEGAL, Assistant U.S. Attorney, and defendant, RON ARTER, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender that the existing briefing schedule for motions and the non-evidentiary hearing date of June 20, 2008 be vacated. The parties request that the hearing date be continued to June 27, 2008 for status conference. At that status conference, the parties anticipate asking the Court for a new motions schedule, a trial confirmation

hearing date, and a jury trial date.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A). This continuance is being requested because defense counsel needs additional time to prepare motions and investigate the case.  There is a discovery motion pending before the magistrate judge.

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED:    June 18, 2008             /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney

DATED:    June 18, 2008             /s/ RACHELLE BARBOUR for
                                    MATTHEW SEGAL
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 18, 2008

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

Stipulation and Order - Arter     -2-